United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 22-11212-SC |
| Diana Lyn Saporito | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 13, 2022 | Form ID: van104 | Total Noticed: 28 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Diana Lyn Saporito, 3039 Club House Circle, Costa Mesa, CA 92626-3558 |
| 41239851 | + | Bank of America, P.O. Box 660861, Dallas, TX 75266-0861 |
| 41239855 | + | Bayview Property Management, 7306 Melrose Street, Buena Park, CA 90621-3226 |
| 41239865 | | County of Orange, c/o Treasurer-Tax Collector, P.O. Box 4515, Santa Ana CA 92702-4515 |
| 41239858 | + | Discover Bank, P.O. Box 30416, Salt Lake City, UT 84130-0416 |
| 41239863 | + | MUFG UNBK NA, 400 California Street, San Francisco, CA 94104-1302 |
| 41239864 | + | Nelson & Kennard, 5011 Dudley Blvd Bldg 250, McClellan, CA 95652-1020 |
| 41239872 | | US Bank, P O Box 106, Saint Louis, MO 63166 |
| 41239869 | + | Union Bank, P.O. Box 488, Lake Odessa, MI 48849-0488 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Oct 14 2022 00:51:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Oct 14 2022 00:52:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41239852 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 14 2022 00:51:00 | Bank of America, P O Box 982238, El Paso, TX 79998-2238 |
| 41253966 | ^ | MEBN | Oct 14 2022 00:51:08 | Bank of America, c/o Hunt & Henriques, 7017 Realm Drive, San Jose, CA 95119-1321 |
| 41239853 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 14 2022 00:51:00 | Bank of America, 1825 E Buckeye rd, Phoenix, AZ 85034-4216 |
| 41239854 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 14 2022 00:51:00 | Barclays Bank Delaware, P O Box 8803, Wilmington, DE 19899-8803 |
| 41239856 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 14 2022 01:03:16 | Capital One Bank, P.O. Box 85015, Richmond, VA 23285 |
| 41239857 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 14 2022 01:02:55 | Capital One Bank USA, P O Box 30281, Salt Lake City, UT 84130-0281 |
| 41239859 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 14 2022 00:51:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 41239860 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 14 2022 01:02:54 | JPMCB Card, P O Box 15298, Wilmington, DE 19850 |
| 41239861 | | Email/Text: PBNCNotifications@peritusservices.com | Oct 14 2022 00:51:00 | Kohls/Capone, N56 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 41239862 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 14 2022 00:51:00 | Midland Credit Management Inc, 320 East Big Beaver, Troy, MI 48083-1271 |

| | | | | |
|---|---|---|---|---|
| 41239866 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 14 2022 01:03:07 | Syncb/ Amazon Plcc, P O Box 965015, Orlando, FL 32896-5015 |
| 41239867 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 14 2022 01:03:07 | Syncb/ Chevron Plcc, P O Box 965015, Orlando, FL 32896-5015 |
| 41239868 | + | Email/Text: bncmail@w-legal.com | Oct 14 2022 00:51:00 | TD Bank Usa/Target Credit Card, P O Box 1470, Minneapolis, MN 55440-1470 |
| 41239871 | + | Email/Text: LCI@upstart.com | Oct 14 2022 00:51:00 | Upstart Network Inc, 2950 South Delaware Street, San Mateo, CA 94403-2580 |
| 41239870 | + | Email/Text: LCI@upstart.com | Oct 14 2022 00:51:00 | Upstart/Finwise, P.O. Box 1503, San Carlos, CA 94070-7503 |
| 41239873 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 14 2022 01:03:18 | Wells Fargo Bank, P O Box 94435, Albuquerque, NM 87199-4435 |
| 41239874 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 14 2022 01:03:08 | Wells Fargo Card Service, P O Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Diana Lyn Saporito bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Thomas H Casey (TR) | msilva@tomcaseylaw.com  thc@trustesolutions.net |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 3

FormCACB 104 (AO:presabuse)
(10/05)

# United States Bankruptcy Court
## Central District of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

# CLERK'S NOTICE OF PRESUMED ABUSE
# UNDER 11 U.S.C. § 707(b)(2)

**DEBTOR(S) INFORMATION:**  
Diana Lyn Saporito  
**SSN:** xxx−xx−0470  
**EIN:** N/A  
aka Diana L Erickson  

3039 Club House Circle  
Costa Mesa, CA 92626  

**BANKRUPTCY NO.** 8:22−bk−11212−SC  
**CHAPTER** 7  

Insufficient information was filed with the petition in the above−captioned case to permit the clerk to make a determination concerning the presumption of abuse at the time of filing. Additional information subsequently filed by the debtor indicates that a presumption of abuse has arisen under § 11 U.S.C. 707(b)(2).

Creditors may have the right to file a motion to dismiss the case under § 11 U.S.C. 707(b)(2) of the Bankruptcy Code. Under § 11 U.S.C. 707(b)(2)(B) the debtor may rebut the presumption by showing special circumstances.

Dated: October 13, 2022

BY THE COURT,

**Kathleen J. Campbell**  
Clerk of Court

(Form rev. 10/05) VAN−104 ntcabuse    **19 /**