United States Bankruptcy Court

Central District of California

In re:  
Diana Lyn Saporito  
    Debtor

Case No. 22-11212-SC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 2  
Date Rcvd: Nov 07, 2022      Form ID: 318a      Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Diana Lyn Saporito, 3039 Club House Circle, Costa Mesa, CA 92626-3558 |
| 41239851 | + | Bank of America, P.O. Box 660861, Dallas, TX 75266-0861 |
| 41239855 | + | Bayview Property Management, 7306 Melrose Street, Buena Park, CA 90621-3226 |
| 41239865 | | County of Orange, c/o Treasurer-Tax Collector, P.O. Box 4515, Santa Ana CA 92702-4515 |
| 41239858 | + | Discover Bank, P.O. Box 30416, Salt Lake City, UT 84130-0416 |
| 41239863 | + | MUFG UNBK NA, 400 California Street, San Francisco, CA 94104-1302 |
| 41239864 | + | Nelson & Kennard, 5011 Dudley Blvd Bldg 250, McClellan, CA 95652-1020 |
| 41239872 | | US Bank, P O Box 106, Saint Louis, MO 63166 |
| 41239869 | + | Union Bank, P.O. Box 488, Lake Odessa, MI 48849-0488 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: FTHCASEY.COM | Nov 08 2022 05:33:00 | Thomas H Casey (TR), 26400 La Alameda, Suite 210, Mission Viejo, CA 92691-8578 |
| smg | | EDI: EDD.COM | Nov 08 2022 05:33:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Nov 08 2022 05:33:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41239852 | + | EDI: BANKAMER.COM | Nov 08 2022 05:33:00 | Bank of America, P O Box 982238, El Paso, TX 79998-2238 |
| 41253966 | ^ | MEBN | Nov 08 2022 00:35:27 | Bank of America, c/o Hunt & Henriques, 7017 Realm Drive, San Jose, CA 95119-1321 |
| 41239853 | + | EDI: BANKAMER.COM | Nov 08 2022 05:33:00 | Bank of America, 1825 E Buckeye rd, Phoenix, AZ 85034-4216 |
| 41239854 | + | EDI: TSYS2 | Nov 08 2022 05:33:00 | Barclays Bank Delaware, P O Box 8803, Wilmington, DE 19899-8803 |
| 41239856 | | EDI: CAPITALONE.COM | Nov 08 2022 05:33:00 | Capital One Bank, P.O. Box 85015, Richmond, VA 23285 |
| 41239857 | + | EDI: CAPITALONE.COM | Nov 08 2022 05:33:00 | Capital One Bank USA, P O Box 30281, Salt Lake City, UT 84130-0281 |
| 41239859 | + | EDI: IRS.COM | Nov 08 2022 05:33:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 41239860 | | EDI: JPMORGANCHASE | Nov 08 2022 05:33:00 | JPMCB Card, P O Box 15298, Wilmington, DE 19850 |
| 41239861 | | Email/Text: PBNCNotifications@peritusservices.com | Nov 08 2022 00:38:00 | Kohls/Capone, N56 Ridgewood Drive, Menomonee Falls, WI 53051 |

Case 8:22-bk-11212-SC    Doc 32    Filed 11/09/22    Entered 11/09/22 21:20:50    Desc
Imaged Certificate of Notice    Page 2 of 5

| District/off: 0973-8 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 07, 2022 | Form ID: 318a | Total Noticed: 29 |

| | | | | |
|---|---|---|---|---|
| 41239862 | + | Email/Text: bankruptcydpt@mcmcg.com Nov 08 2022 00:38:00 | | Midland Credit Management Inc, 320 East Big Beaver, Troy, MI 48083-1271 |
| 41239866 | + | EDI: RMSC.COM Nov 08 2022 05:33:00 | | Syncb/ Amazon Plcc, P O Box 965015, Orlando, FL 32896-5015 |
| 41239867 | + | EDI: RMSC.COM Nov 08 2022 05:33:00 | | Syncb/ Chevron Plcc, P O Box 965015, Orlando, FL 32896-5015 |
| 41239868 | + | EDI: WTRRNBANK.COM Nov 08 2022 05:33:00 | | TD Bank Usa/Target Credit Card, P O Box 1470, Minneapolis, MN 55440-1470 |
| 41239871 | + | EDI: LCIUPSTART Nov 08 2022 05:33:00 | | Upstart Network Inc, 2950 South Delaware Street, San Mateo, CA 94403-2580 |
| 41239870 | + | EDI: LCIUPSTART Nov 08 2022 05:33:00 | | Upstart/Finwise, P.O. Box 1503, San Carlos, CA 94070-7503 |
| 41239873 | + | EDI: WFFC2 Nov 08 2022 05:33:00 | | Wells Fargo Bank, P O Box 94435, Albuquerque, NM 87199-4435 |
| 41239874 | + | EDI: WFFC2 Nov 08 2022 05:33:00 | | Wells Fargo Card Service, P O Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 20

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2022                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Diana Lyn Saporito bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Thomas H Casey (TR) | msilva@tomcaseylaw.com  thc@trustesolutions.net |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 3

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Diana Lyn Saporito** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–0470** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Central District of California**

Case number:   **8:22–bk–11212–SC**

## Order of Discharge – Chapter 7

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Diana Lyn Saporito
aka Diana L Erickson

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 11/7/22

**Dated:** 11/7/22

**By the court:**   Scott C Clarkson
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**30/AUTU**
**For more information, see page 2 >**

Official Form 318–CACBdodb/CACodsc                    **Order of Chapter 7 Discharge**                    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**